UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| MICHAEL NASH and <br> TARA NASH <br><br> Plaintiffs, <br><br> v. <br><br> DAWLFORD WAYNE ALLEN, <br> HOWARD LEASING, INC., and <br> RLI INSURANCE COMPANY, <br><br> Defendants. | CIVIL ACTION FILE NO.: <br><br> 4:18-CV-00073 |
| SPENCER GALBRAITH, <br><br> Plaintiff, <br><br> v. <br><br> DAWLFORD WAYNE ALLEN, <br> HOWARD LEASING, INC., and <br> RLI INSURANCE COMPANY, <br><br> Defendants. | CIVIL ACTION FILE NO.: <br><br> 4:18-CV-00074 |
| RUSTY HAFNER, <br><br> Plaintiff, <br><br> v. <br><br> DAWLFORD WAYNE ALLEN, <br> HOWARD LEASING, INC., and <br> RLI INSURANCE COMPANY, <br><br> Defendants. | CIVIL ACTION FILE NO.: <br><br> 4:18-CV-00075 |

|                                   )                    |
|-----------------------------------|---|
| SPENCER BACON,                    ) |
|                                   ) |
| Plaintiff,                        ) CIVIL ACTION FILE NO.: |
|                                   ) |
| v.                                ) 4:18-CV-00076 |
|                                   ) |
| DAWLFORD WAYNE ALLEN,             ) |
| HOWARD LEASING, INC., and         ) |
| RLI INSURANCE COMPANY,            ) |
|                                   ) |
| Defendants.                       ) |

|                                   )                    |
|-----------------------------------|---|
| KYLE JOHNSON,                     ) |
|                                   ) |
| Plaintiff,                        ) CIVIL ACTION FILE NO.: |
|                                   ) |
| v.                                ) 4:18-CV-00077 |
|                                   ) |
| DAWLFORD WAYNE ALLEN,             ) |
| HOWARD LEASING, INC., and         ) |
| RLI INSURANCE COMPANY,            ) |
|                                   ) |
| Defendants.                       ) |

**ORDER ON CONSENT MOTION TO CONSOLIDATE DISCOVERY**

The Defendants in this case have filed a Consent Motion to Consolidate Discovery. The Court interprets this motion to include a request that all pretrial proceedings be consolidated with the parties reserving the right to seek to sever individual actions for trial. The Court GRANTS the motion. The above captioned actions are hereby consolidated and all future filings shall be made in Case No. 4:18cv73, the first opened case. If the parties determine that any action should be severed in the future for trial or some other purpose, they shall file a motion to sever at the appropriate time. Until an order is entered severing any

action, these actions shall remain consolidated for all purposes.  The parties' joint proposed scheduling and discovery order in the consolidated action is due on or before June 8, 2018.

So ORDERED, this 30th day of May, 2018.

    _S/Clay D. Land
    HONORABLE CLAY D. LAND
    Chief Judge, United States District Court
    Middle District of Georgia