UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| MICHAEL NASH, et. al. | |
| Plaintiffs, | CIVIL ACTION FILE NO.: |
| v. | 4:18-CV-00073-CDL |
| DAWLFORD WAYNE ALLEN, HOWARD LEASING, INC., and RLI INSURANCE COMPANY, | |
| Defendants. | |
| ANDREW BATHGATE, | |
| Plaintiff, | CIVIL ACTION FILE NO.: |
| v. | 4:18-CV-00171-CDL |
| DAWLFORD WAYNE ALLEN, HOWARD LEASING, INC., and RLI INSURANCE COMPANY, | |
| Defendants. | |
| BENJAMIN BAUER, | |
| Plaintiff, | CIVIL ACTION FILE NO.: |
| v. | 4:18-CV-00173-CDL |
| DAWLFORD WAYNE ALLEN, HOWARD LEASING, INC., and RLI INSURANCE COMPANY, | |
| Defendants. | |

| | |
|---|---|
| CHAD BREARS, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION FILE NO.: |
| | ) |
| v. | ) 4:18-CV-00174-CDL |
| | ) |
| DAWLFORD WAYNE ALLEN, | ) |
| HOWARD LEASING, INC., and | ) |
| RLI INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

| | |
|---|---|
| DEREK GINGERA, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION FILE NO.: |
| | ) |
| v. | ) 4:18-CV-00175-CDL |
| | ) |
| DAWLFORD WAYNE ALLEN, | ) |
| HOWARD LEASING, INC., and | ) |
| RLI INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

| | |
|---|---|
| LARISA KING, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION FILE NO.: |
| | ) |
| v. | ) 4:18-CV-00176-CDL |
| | ) |
| DAWLFORD WAYNE ALLEN, | ) |
| HOWARD LEASING, INC., and | ) |
| RLI INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

|  |  |  |
|---|---|---|
| ALEXANDER KROMM, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE NO.: |
| v. | ) ) ) | 4:18-CV-00177-CDL |
| DAWLFORD WAYNE ALLEN, HOWARD LEASING, INC., and RLI INSURANCE COMPANY, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |
| ADAM NORMAN, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE NO.: |
| v. | ) ) ) | 4:18-CV-00178-CDL |
| DAWLFORD WAYNE ALLEN, HOWARD LEASING, INC., and RLI INSURANCE COMPANY, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## **ORDER ON CONSENT MOTION TO CONSOLIDATE DISCOVERY**

The Defendants in this case filed a Consent Motion to Consolidate Discovery (ECF No. 10 in 4:18-cv-73), and Plaintiffs consented to the motion. The Court finds that the Defendants made a proper showing for consolidation under Federal Rule of Civil Procedure 42 and therefore GRANTS the motion.

The above captioned actions are hereby consolidated for all pretrial proceedings, and all future filings shall be made in Case No. 4:18-cv-73, the first opened case. If the parties determine that any action should be severed in the future for trial or some other purpose, they

3

shall file a motion to sever at the appropriate time. Until an order is entered severing any action, these actions shall remain consolidated for all purposes.

The parties shall submit a joint proposed amended scheduling and discovery order to replace the one that was entered on June 11, 2018 (ECF No. 7 in 4:18-cv-73). The joint proposed amended scheduling order is due by October 11, 2018, and it should be emailed to the Clerk at columbus.ecf@gamd.uscourts.gov.

So ORDERED, this 20th day of September, 2018.

S/Clay D. Land
HONORABLE CLAY D. LAND
Chief Judge, United States District Court
Middle District of Georgia